IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RONALD TIMOTHY JOHNSON, SR.**   **PLAINTIFF**
**#257664**

V.   NO. 4:22-cv-00913-JM

**HIGGINS**, *et al*.   **DEFENDANTS**

## ORDER OF DISMISSAL

Pending before the Court is Plaintiff Ronald Timothy Johnson Sr.'s motion to dismiss this lawsuit. *Doc. 5*. Paul Criswell initially filed this suit on behalf of himself and 45 other inmates, including Mr. Johnson. According to Mr. Johnson, after he received a blank *in forma pauperis* application from the Court, he informed Mr. Criswell that he "wanted no parts in this lawsuit." *Id*. Mr. Criswell then told Mr. Johnson that "he would handle it . . . and handed me papers and I signed them he sent off [sic]." *Id*. Mr. Johnson requests that: (1) this lawsuit be dismissed, without prejudice; and (2) the Court excuse him from all costs. *Id*.

IT IS THEREFORE ORDERED THAT:

1. The Court withdraws the reference.

2. Mr. Johnson's motion to dismiss (*Doc. 5*) is GRANTED.

3. Mr. Johnson's complaint is DISMISSED, without prejudice.

4. The Court vacates the portion of its October 21, 2022 Order granting IFP and assessing the $350 statutory filing fee.

Dated this 2nd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE